UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Andre Clifford Foster  
    Michelle Foster  
         Debtor(s)

Case No. 13 B 05348

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/13/2013.

2) The plan was confirmed on 07/24/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/24/2013, 03/11/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/24/2014, 03/30/2015, 05/26/2015.

5) The case was Dismissed on 07/15/2015.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,605.00 |
| Less amount refunded to debtor | $689.39 |
| **NET RECEIPTS:** | **$16,915.61** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $653.22 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,153.22** |

Attorney fees paid and disclosed by debtor:          $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advanced Heart Group, S.C. | Unsecured | 343.00 | NA | NA | 0.00 | 0.00 |
| Advanced Heart Group, S.C. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Advocate South Suburban Hosp. | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| Alcoa Billing Center | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 508.00 | 108.27 | 108.27 | 0.00 | 0.00 |
| America's Servicing Co | Unsecured | 37,860.00 | NA | NA | 0.00 | 0.00 |
| Associated Laboratory Phys | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| Associated Laboratory Phys SC | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Bally Total Fitness | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Chandra Diagnostic Cardiology | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| Charles A Beck Jr, MD | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| Citi Financial | Unsecured | 13,140.00 | NA | NA | 0.00 | 0.00 |
| Compucredit Corp. | Unsecured | 670.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health & Hospital | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| Cook County Health & Hospitals | Unsecured | 1,678.00 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| East Bay Funding | Unsecured | 589.00 | 589.52 | 589.52 | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | 1,150.00 | 1,150.25 | 1,150.25 | 0.00 | 0.00 |
| Field Surgery Associates | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Foot & Ankle Associates | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris, LTD | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Homecare Collection Service | Unsecured | 88.00 | NA | NA | 0.00 | 0.00 |
| HRRG | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| HSBC Bank | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |
| Hyundai Motor Finance | Secured | 5,382.00 | 0.00 | 5,382.00 | 2,327.20 | 432.55 |
| IC Systems Inc. | Unsecured | 192.00 | NA | NA | 0.00 | 0.00 |
| ID Specialists | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Illinois Child Support Enforce | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| Illinois State TOLL HWY Author | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Ingalls Memorial Hospital | Unsecured | 9,985.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 3,071.00 | 3,999.22 | 3,999.22 | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 5,273.00 | 5,567.04 | 5,567.04 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,479.00 | 1,629.17 | 1,629.17 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 1,479.17 | 1,479.17 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 689.63 | 689.63 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 500.00 | 673.06 | 673.06 | 0.00 | 0.00 |
| Keynote Consulting | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| LVNV Funding | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Medical Recovery Specialists | Unsecured | 519.00 | NA | NA | 0.00 | 0.00 |
| MidAmerica Cardiovascular Cons | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Midwest Internists of Illinois | Unsecured | 507.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 334.00 | NA | NA | 0.00 | 0.00 |
| Nationwide Credit & Collection | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC by AIS Data Services | Secured | 11,759.00 | 15,125.00 | 11,759.00 | 5,088.24 | 944.72 |
| NCEP LLC by AIS Data Services | Unsecured | NA | 7,333.16 | 7,333.16 | 0.00 | 0.00 |
| Neurology Associates, LTD | Unsecured | 647.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 152,796.00 | 156,852.65 | 147,478.00 | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 14,000.00 | 9,374.65 | 9,374.65 | 3,969.68 | 0.00 |
| Ocwen Loan Servicing LLC | Secured | 0.00 | 475.00 | 475.00 | 0.00 | 0.00 |
| Provident Hospital of Cook Co. | Unsecured | 1,812.00 | NA | NA | 0.00 | 0.00 |
| Radiology Imaging Consultants | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 394.00 | 366.29 | 366.29 | 0.00 | 0.00 |
| Southwest Laboratory Phys. | Unsecured | 598.00 | NA | NA | 0.00 | 0.00 |
| Southwest Laboratory Physician | Unsecured | 794.00 | NA | NA | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 0.00 | 447.00 | 447.00 | 0.00 | 0.00 |
| Sullivan Urgent Aid Centers Ltd | Unsecured | 35.00 | 39.53 | 39.53 | 0.00 | 0.00 |
| Vanda LLC | Unsecured | 481.00 | 481.65 | 481.65 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $147,478.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,849.65 | $3,969.68 | $0.00 |
| Debt Secured by Vehicle | $17,141.00 | $7,415.44 | $1,377.27 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$174,468.65** | **$11,385.12** | **$1,377.27** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $5,567.04 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$5,567.04** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$18,985.92** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,153.22 |
| Disbursements to Creditors | $12,762.39 |
| **TOTAL DISBURSEMENTS** : | **$16,915.61** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/23/2015                              By: /s/ Marilyn O. Marshall
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**